UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PAMELA WOOD,

       Plaintiff,

v.                                                                    Lead Case No. 1:18-cv-19
                                                                      Hon. Ray Kent


COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____

PAMELA WOOD,

       Plaintiff,

v.                                                                    Case No. 1:18-cv-156
                                                                      Hon. Ray Kent


COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

     In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

     **IT IS SO ORDERED**.


Dated:  March 28, 2019                                        /s/ Ray Kent
                                                             United States Magistrate Judge